S.Ct. 1221, 93 L.Ed. 1528 (1949). The order here appealed is neither a final order nor an appealable interlocutory or collateral order. We deny the motion for appointment of counsel and to expedite consideration of the appeal and dismiss the appeal as interlocutory. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*

**PER CURIAM.**

Keith Lamonte Hill appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp.2000) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *Hill v. °Curtis,* No. CA–99–817 (E.D.Va. Aug. 24, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*

**Keith Lamonte HILL, Plaintiff–Appellant,**

v.

**Linda CURTIS, Commonwealth Attorney; Christopher Hutton; B.J. Roberts, Defendants–Appellees.**

No. 00–7256.

United States Court of Appeals, Fourth Circuit.

Submitted Jan. 19, 2001.

Decided Feb. 7, 2001.

**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Corwin Tyrell WOODSON, Defendant–Appellant.**

No. 00–7229.

United States Court of Appeals, Fourth Circuit.

Submitted Jan. 26, 2001.

Decided Feb. 7, 2001.

Keith Lamonte Hill, pro se.

Before NIEMEYER and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Corwin Tyrell Woodson, pro se.

Mary Hannah Lauck, Office of the United States Attorney, Richmond, VA, for appellee.